610                    OCTOBER TERM, 1909.

Cases Disposed of Without Consideration by the Court.    217 U. S.

No. 169. FERNANDO VASQUEZ MORALES ET AL., AP-
PELLANTS, *v.* JUAN VICENTY RAMOS. Appeal from the
Supreme Court of Porto Rico. April 19, 1910. Dis-
missed with costs pursuant to the tenth rule. *Mr. Her-
bert E. Smith* for the appellants. No appearance for the
appellee.

———

No. 483. S. DAVIES WARFIELD ET AL., RECEIVERS,
ETC., PLAINTIFFS IN ERROR, *v.* JOHN B. GASTON. In error
to the Supreme Court of the State of Alabama. April 25,
1910. Judgment reversed with costs and cause remanded
for further proceedings, per stipulation of counsel. *Mr.
John P. Tillman* and *Mr. Robert E. Steiner* for the plain-
tiffs in error. *Mr. Alexander M. Garber* and *Mr. Samuel D.
Weakley* for the defendant in error.

———

No. 901. THE NEW YORK LIFE INSURANCE COMPANY,
PLAINTIFF IN ERROR, *v.* FITZ H. McMASTER, AS INSUR-
ANCE COMMISSIONER, ETC. In error to the Supreme Court
of the State of South Carolina. April 28, 1910. Dis-
missed with costs on motion of counsel for the plaintiff
in error. *Mr. T. Moultrie Mordecai* for the plaintiff in
error. No appearance for the defendant in error.

———

No. 629. FOURTH STREET NATIONAL BANK, PETI-
TIONER, *v.* A. MERRITT TAYLOR ET AL., TRUSTEES, ETC.
On writ of certiorari to the United States Circuit Court
of Appeals for the Third Circuit. May 31, 1910. Dis-
missed with costs, on motion of counsel for the petitioner.
*Mr. Samuel Dickson* for the petitioner. No appearance
for the respondents.